**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JENNIFER DINGUS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **No. 3:25-cv-00977** |
| | ) | |
| **FRANK BISIGNANO,** ***Commissioner of Social Security*****,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the Magistrate Judge's Report and Recommendation (Doc. No. 22) is **APPROVED AND ADOPTED**. The decision of the Social Security Administration is **AFFIRMED**. Jennifer Dingus's motion for judgment on the record (Doc. No. 14) is **DENIED**. This is the final order. The Clerk shall close the file.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE



Case 3:25-cv-00977 Document 30 Filed 09/29/26 Page 1 of 1 PageID #: 1243